In the Matter of HOWARD JOEL BODNER, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, March 1, 1993

### APPEARANCES OF COUNSEL

*Frank A. Finnerty, Jr.,* Westbury *(Nancy A. Bolger* of counsel), for petitioner.

### OPINION OF THE COURT

Per Curiam.

On June 26, 1992, the respondent was convicted in the County Court, Nassau County, upon his plea of guilty, to the

crime of attempted grand larceny in the second degree in violation of Penal Law § 155.40, a class D felony. The respondent was sentenced to five years' probation on September 24, 1992, and was ordered to make full restitution in satisfaction of the charges pending against him.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law, effective immediately.

MANGANO, P. J., THOMPSON, BRACKEN, SULLIVAN and RITTER, JJ., concur.

Ordered that pursuant to Judiciary Law § 90, effective immediately, the respondent Howard Joel Bodner is disbarred and his name is stricken from the roll of attorneys and counselors-at-law; and it is further,

Ordered that the respondent shall continue to comply with this Court's rules governing the conduct of disbarred, suspended, and resigned attorneys (22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, effective immediately, the respondent Howard Joel Bodner is commanded to continue to desist and refrain (1) from practicing law in any form, either as principal or as agent, clerk or employee of another, (2) from appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority, (3) from giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) from holding himself out in any way as an attorney and counselor-at-law.